```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
                       CENTRAL DIVISION at LEXINGTON
```

TRAVIS WOOD,                    )
                                )
    Plaintiff,                  )
                                )    Civil Case No. 16-cv-245-
v.                              )              JMH
                                )
STANDAFER & SONS, LLC,          )
                                )
    Defendant.                  )    **ORDER**
                                )

                                *** 

In light of the parties' Stipulation of Dismissal [DE 20], **IT IS ORDERED**:

(1) That all claims which were or which may have been brought in this action are **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs,

(2) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 3rd day of October, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge